Certificate Number: 14912-CAC-DE-038080442

Bankruptcy Case Number: 24-10047



14912-CAC-DE-038080442

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2024, at 4:42 o'clock PM EST, Lauri Braudrick completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  January 8, 2024            By:   /s/Jai Bhatt

                                  Name: Jai Bhatt

                                  Title: Counselor